PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEARNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SERVICE PLAN, a California entity, d/b/a WWW.CHOOSEVSP.COM,<br><br>Defendants. | Case No. 5:25-cv-00321-SHK<br>Assigned to Honorable Shashi H. Kewalramani<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Daniel Kearney ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *without prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the putative class. Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated: April 14, 2025

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.